IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**UNITED STATES OF AMERICA**

v.                      CRIMINAL ACTION NO. 1:07-00157

**JERMAINE DONNELL BANKS**

## MEMORANDUM OPINION AND ORDER

On March 7, 2019, counsel for defendant filed a memorandum addressing defendant's eligibility for a reduced sentence under the First Step Act. (ECF No. 128). Counsel for defendant argues that defendant is eligible for a reduction. The United States is hereby **ORDERED** to file a response to defendant's memorandum no later than April 30, 2019.

The court **DIRECTS** the Clerk to send a copy of this Order to the Federal Public Defender, the United States Attorney, the United States Probation Office, and the United States Marshal.

**IT IS SO ORDERED** this 24th of April, 2019.

                     ENTER:

                     *David A. Faber*
                     David A. Faber
                     Senior United States District Judge